3 Pages

1  Kari L. Ley, Cal. Bar No. 142899
   The Law Office of Kari L. Ley
2  264 Clovis Avenue, Suite 208
   Clovis, California 93612
3  Telephone (559) 324-6545
   Facsimile (559 324-6548
4
   Attorney for Defendants
5  BARONET & CO., INC., and
   SUISUN CITY/BREEZEWOOD, L.P.
6

7

8              **UNITED STATES DISTRICT COURT**

9      **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

10

| | |
|---|---|
| In Re: | ) U.S.D.C. Case No.<br>) 2:09-CV-695-JAM-DAD<br>) |
| PAUL M. MORLAS, JR., | ) Bankruptcy Case No. 08-<br>) 24692 |
| Debtor. | ) |
| _____ | ) Adversary Proceeding No. |
| MICHAEL F. BURKART,<br>Chapter 7 Trustee, | ) 08-02360<br>) |
| | ) **ORDER ON BARONET & CO.,**<br>**) INC., AND** |
| Plaintiff, | ) **SUSIUN CITY/BREEZEWOOD LP**<br>) **MOTION TO EXPUNGE OR** |
| vs. | ) **REDUCE MECHANIC'S LIEN,**<br>) **AND TO DISMISS SUISUN** |
| BARONET & CO., INC., a<br>California Corporation;<br>SUSUIN CITY/BREEZEWOOD,<br>L.P., a California<br>Limited Partnership; and<br>Does 1 to 20 inclusive, | ) **CITY/BREEZEWOOD LP**<br>)<br>)<br>)<br>) Hearing Held:<br>) |
| | ) Date: October 21, 2009 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Courtroom:  6<br>Judge John A. Mendez |

In Re PAUL M. MORLAS, JR., - MORLAS v.

BARONET & CO. - 1

264 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone (559) 324-6545
Facsimile (559 324-6548

Defendants BARONET & CO., INC., ("Baronet") and SUISUN CITY/BREEZEWOOD, L.P., ("SCBLP") motion for an order expunging, releasing or reducing the amount of the Mechanic's Lien recorded by Morlas Building And Electric Company ("Morlas") with the Solano County Recorder as Document # 200800002197 on 1/11/2008, against that certain real property commonly known as Breezewood Village Apartment, 111 Worley Road, Suisun City, California 94533 (hereinafter "Property"), and motion to dismiss the second cause of action of the First Amended Complaint and to dismiss defendant SUISN CITY/BREEZEWOOD, L.P., from the action, were heard by the Court on October 21, 2009, at 9:00 a.m., in Department 6 of the above-titled Court the Honorable John A. Mendez presiding.  Attorney Kari L. Ley appeared via telephone on behalf of Baronet and SCBLP.  Attorney Daniel L. Egan of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, personally appeared on behalf of Plaintiff Michael F. Burkart, Chapter 7 Trustee.

The Court, having considered the facts, authorities and argument set forth in the moving, opposition and reply papers, and the arguments of counsel at the hearing hereby rules as follows:

1.   The Mechanic's Lien recorded by Morlas Building And Electric Company with the Solano County Recorder as Document # 200800002197 on 1/11/2008 ("hereinafter "Morlas Mechanic's Lien"), against that certain real property commonly known as

In Re PAUL M. MORLAS, JR., - MORLAS v.

BARONET & CO. - 2

264 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone (559) 324-6545
Facsimile (559 324-6548

Breezewood Village Apartment, 111 Worley Road, Suisun City, California 94533, is hereby reduced to the amount of $96,006.35;

2. The Property shall be released from the Morlas Mechanic's Lien upon the recording of a release bond in the amount of 1 ½ times the $96,006.35 Morlas Mechanic's Lien amount pursuant to California Civil Code Section 3143. Said release bond shall comply with the requirements of Civil Code Section 3143 including being conditioned for the payment of any sum which the claimant may recover on the mechanic's lien claim together with his costs of suit in the action, if he recovers therein;

3. Defendant Suisun City/Breezewood, L.P., shall be dismissed as a defendant in this action, and the second cause of action of the First Amended Complaint for Foreclosure of Mechanic's Lien shall also be dismissed, upon the recording of a release bond in the amount of 1 ½ times the $96,006.35 Morlas Mechanic's Lien amount pursuant to California Civil Code Section 3143. Said release bond shall comply with the requirements of Civil Code Section 3143 including being conditioned for the payment of any sum which the claimant may recover on the mechanic's lien claim together with his costs of suit in the action, if he recovers therein;

4. Defendants shall have 14 days from the signing of this order to obtain and record the release bond in the amount of 1 ½

In Re PAUL M. MORLAS, JR., - MORLAS v.

BARONET & CO. - 3

264 Clovis Avenue, Suite 208
Clovis, California 93612
Telephone (559) 324-6545
Facsimile (559 324-6548

times the $96,006.35 Morlas Mechanic's Lien amount pursuant to California Civil Code Section 3143.

    IT IS SO ORDERED.

Dated:  11-13-09

                                        /s/ John A.Mendez_____
                                        John A. Mendez
                                        United States District Court Judge Eastern District of California, Sacramento Division