1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   DANIEL L. EGAN, Bar No. 142631
2  degan@wilkefleury.com
   MEGAN A. LEWIS, Bar No. 221263
3  mlewis@wilkefleury.com
   STEVEN J. WILLIAMSON, Bar No. 238869
4  swilliamson@wilkefleury.com
   400 Capitol Mall
5  Twenty-Second Floor
   Sacramento, CA 95814
6  Telephone:    (916) 441-2430
   Facsimile:    (916) 442-6664
7
   Attorneys for Chapter 7 Trustee
8  MICHAEL F. BURKART, JR.,

**FILED**

**AUG 1 6 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

9
10                  UNITED STATES DISTRICT COURT
11                  EASTERN DISTRICT OF CALIFORNIA

12
   In Re:                              | Bankruptcy Case No. 08-24692
13
   PAUL M. MORLAS, JR.,                | District Court No. 2:09-CV-00695-JAM-DAD
14
                 Debtor,               | **AMENDED JUDGMENT IN A CIVIL
15                                      | CASE**
16  MICHAEL F. BURKART, Chapter 7       | Adv. Pro. No. 08-02360
    Trustee,
17             Plaintiff,
18
19       vs.
    BARONET & CO., INC., a
20  California Corporation; SUSUIN
    CITY/BREEZEWOOD, L.P., a
21  California Limited Partnership; and
    Does 1 to 20 inclusive,
22             Defendants.

23

24  **_XX_ Jury Verdict.** This action came before the Court for trial by jury. The issues have been

25  tried and the jury has rendered its verdict. Judgment in this matter was entered on April 13, 2010.

26  Plaintiff having filed its Motion to be Declared Prevailing Party for Purposes of Recovery of

27  Costs and Attorneys' Fees, for Award of Attorneys' Fees and Costs, and to Amend the Judgment

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

AMENDED JUDGMENT IN A CIVIL CASE          - 1 -                    09-CV-695 JAM DAD
574933.1

1    to Add Attorneys' Fees, Costs, Pre-Judgment Interest, Post-Judgment Interest, and Costs of

2    Enforcement of Judgment, and its Motion to Amend Judgment to Add Insurance Company of the

3    West as Additional Defendant on Third Cause of Action.

4          IT IS ORDERED AND ADJUDGED:

5         **1.**     **That Judgment is hereby entered in favor of Michael F. Burkart, Jr., Chapter**

6    **7 Trustee and against Baronet & Co., Inc. and Insurance Company of the West, jointly and**

7    **severally, for the principal amount of $72,874.43, plus $13,836.16 in pre-judgment interest,**

8    **and post-judgment interest at the federal rate from April 13, 2010 and until this Judgment**

9    **is fully satisfied;**

10       **2.**     **That judgment is hereby entered in favor of Michael F. Burkart, Chapter 7**

11   **Trustee and against Baronet & Co., Inc. for the additional sums of $178,701.50 in attorneys'**

12   **fees, $1,339.90 in statutory costs, $4,192.56 in non-statutory costs, and costs of enforcement**

13   **of this Judgment.**

15   ENTERED: $\underline{8 - 16}$, 2010.

BY _____
          JOHN A. MENDEZ
          United States District Court Judge

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

AMENDED JUDGMENT IN A CIVIL CASE
574933.1

- 2 -

09-CV-695 JAM DAD