IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:

PAUL M. MORLAS, JR.,

    Debtor.
_____/

MICHAEL F. BURKART,
Chapter 7 Trustee,

    Plaintiff,           No. CIV S-09-0695 JAM DAD

  v.

BARONET & CO., INC.,
a California Corporation, et al.,
                                       <u>ORDER</u>

    Defendants.
_____/

        This matter came before the court on November 12, 2010, for judgment debtor examination of defendant Baronet & Co., Inc. by Charles Ashley, in accordance with the Order to Appear for Examination issued by the undersigned on October 7, 2010. Daniel L. Egan, Esq. appeared for plaintiff. No appearance was made by Charles Ashley.

        For the reasons set forth on the record in open court, IT IS HEREBY ORDERED that Charles Ashley shall appear before the undersigned on December 8, 2010, at 9:00 a.m. in

1

Courtroom 27, both to show cause as to why he should not be held in contempt for his failure to appear on November 12, 2010, and also to be examined in accordance with the court's Order to Appear for Examination (Doc. No. 135).

DATED: November 19, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\burkart0695.osc.failuretoappear