IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re:

PAUL M. MORLAS, JR.,

    Debtor.
_____/

MICHAEL F. BURKART,
Chapter 7 Trustee,

    Plaintiff,        No. CIV S-09-0695 JAM DAD

  v.

BARONET & CO., INC.,
a California Corporation, et al.,      ORDER

    Defendants.
_____/

        This case is set for hearing before the undersigned on February 4, 2011 at 9:30 a.m. pursuant to an order filed October 7, 2010 requiring defendant Baronet & Co., Inc., through Charles Ashley, to appear for examination, an order filed November 22, 2010 continuing the examination to December 8, 2010 and requiring defendant to show cause re contempt, and orders made in open court on December 8, 2010 continuing the examination and show cause hearing to February 4, 2011.

1  Plaintiff Trustee has advised the court that he reached a compromise settlement with the judgment debtor and the settlement was approved by the Bankruptcy Court on January 24, 2011.  Under that settlement, plaintiff agrees to suspend enforcement efforts so long as the judgment debtor makes all installment payments due.

Good cause appearing, IT IS ORDERED that:

1.  Plaintiff Trustee's application to withdraw the court's October 7, 2010 order to appear for examination and November 22, 2010 order to show cause (Doc. No. 153) is granted.

2. The orders filed October 7, 2010 and November 22, 2010 requiring Charles Ashley to appear for examination (Doc. No. 135) and to show cause (Doc. No. 148) are vacated, and the matter is dropped from the court's February 4, 2011 calendar.

DATED: January 31, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\burkart0695.ord.vac